UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN W. MISHAK, pro se**
498 Sunrise Drive
Amherst, Ohio 44001

**Plaintiff**

vs.                                     CASE NO. 5:09 CV 0351

**Akron Public Schools**
**(a.k.a. Akron Board of Education)**     JUDGE LIOI
70 North Broadway
Akron, Ohio 44308-1911                  PLAINTIFF'S MOTION FOR
                                        ENLARGEMENT OF TIME
**Defendant.**                           (LEAVE TO PLEAD)

### MOTION REQUESTING AN ENLARGEMENT OF TIME
### (LEAVE TO PLEAD)

Now comes the Plaintiff, John W. Mishak, pro se, and respectfully requests this Court for an enlargement of time of 30 days from the current Answer date of Wednesday, June 3rd, 2009 **to** and including Friday, July 3rd, 2009 within which to file its **Answer** or otherwise plead **in response to** the **Defendant's Motion to Dismiss**.

I need this additional time because I am a *pro se* litigant, unrepresented by counsel, and need additional time in which to research the proffered issues in order to formulate a proper response.

I am not requesting this additional time for undue delay. The undersigned counsel (plaintiff) further states that no prior leave has been requested.

I have contacted Defendant's Counsel concerning this matter, but as of 05/21/2009 have not received a response.

5-21-2009                               [signature]
_____                         _____
(Date)                                  (Signature of Plaintiff)

# Certificate of Service

A copy of the foregoing Motion for expansion of time (Leave to plead) was served via certified mail (U.S) postage prepaid on this 21st day of May 2009 upon:

Akron Public Schools
(A.k.a Akron Board of Education)
70 North Broadway
Akron, Ohio, 44308-1911
    Defendant

X _____ pro se
    Plaintiff
498 Sunrise Drive
Amherst, Ohio 44001